# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICA VALERO, | **CASE NO. 1:13-cv-01815-SKO** |
| Plaintiff, | |
| v. | **ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS** |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| | **(Doc. 2)** |
| Defendant. | |
| _____ / | |

Plaintiff Erica Valero filed a complaint on November 8, 2013, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.

Accordingly, IT IS HEREBY ORDERED that:

1.     Plaintiff's application to proceed *in forma pauperis* is GRANTED;

2.     The Clerk of Court is DIRECTED to issue a summons; and

3.     The United States Marshal is DIRECTED to serve a copy of the complaint, summons, and this order upon the defendant as directed by the plaintiff.

IT IS SO ORDERED.

Dated:   **November 12, 2013**                **/s/ Sheila K. Oberto**
                                      UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28