| | |
|---|---|
| 1 | |
| 2 | |
| ... | |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICA VALERO,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | No. 1:13-CV-1815-SKO<br><br>**ORDER AND STIPULATION TO EXTEND BRIEFING SCHEDULE** |

　　The parties stipulate and agree, subject to the Court's approval, that the time for Defendant to file a Cross-Motion for Summary Judgment from July 12, 2014, to August 27, 2014.  This stipulation is necessary because counsel for Defendant has been out of the office on leave for two weeks, will be out of the office until next week due to illness, and needs additional time to review this case and draft a responsive pleading.  The parties request this extension in good faith, with no intent to prolong proceedings unduly.  Counsel for Defendant apologizes for any inconvenience caused by this delay.

Dated: July 10, 2014                 */s/ Vijay J. Patel*
                                     VIJAY J. PATEL
                                     Attorney for Plaintiff

Dated: July 10, 2014

BENJAMIN B. WAGNER
United States Attorney
THEOPHOUS H. REAGANS

By:  */s/ Theophous H. Reagans*
THEOPHOUS H. REAGANS
Special Assistant United States Attorney
Attorneys for Defendant

### **ORDER**

Good cause appearing and pursuant to the parties' Stipulation, the parties' request for an extension of the briefing schedule in this matter is GRANTED.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant shall file any Response to Plaintiff's Opening Brief no later than August 27, 2014; and

2. Plaintiff may file a Reply to Defendant's Response no later than September 15, 2014.

IT IS SO ORDERED.

Dated:  **July 10, 2014**                                **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE